Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-17732 (ABA)**

Stephanie A. Cascio  
4 Sweetgum Court  
Marlton, NJ  08053

Monthly Payment: $695.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/22/2019 | $695.00 | 02/20/2019 | $695.00 | 03/25/2019 | $695.00 | 04/23/2019 | $695.00 |
| 05/30/2019 | $695.00 | 07/10/2019 | $695.00 | 09/16/2019 | $695.00 | 11/12/2019 | $800.00 |
| 11/12/2019 | $600.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEPHANIE A. CASCIO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | CARDIAC MONITORING SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | EXCEL CARE ALLIANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | INSTITUTE FOR DERMAPATHOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $442.94 | $0.00 | $442.94 | $0.00 |
| 5 | KML LAW GROUP P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MICHAEL CASCIO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MIDFIRST BANK | 24 | $34,128.01 | $10,353.03 | $23,774.98 | $5,863.88 |
| 8 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | THE CHILDRENS HOSPITAL OF PHILA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ROBERT BRAVERMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $531.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2018 | 60.00 | $695.00 |
| 06/01/2023 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $6,265.00 |
| Total paid to creditors this period: | $6,394.88 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,065.00 |
| Attorney: | ROBERT N. BRAVERMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**