Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-17732 (ABA)

Stephanie A. Cascio  
4 Sweetgum Court  
Marlton, NJ  08053

Monthly Payment: $695.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/22/2022 | $695.00 | 03/24/2022 | $695.00 | 04/26/2022 | $695.00 | 06/02/2022 | $695.00 |
| 08/09/2022 | $1,390.00 | 08/23/2022 | $2,085.00 | 11/29/2022 | $1,390.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEPHANIE A. CASCIO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | CARDIAC MONITORING SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | EXCEL CARE ALLIANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | INSTITUTE FOR DERMAPATHOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $442.94 | $0.00 | $442.94 | $0.00 |
| 5 | KML LAW GROUP P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MICHAEL CASCIO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MIDFIRST BANK | 24 | $34,128.01 | $32,021.61 | $2,106.40 | $7,639.44 |
| 8 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | THE CHILDRENS HOSPITAL OF PHILA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ROBERT BRAVERMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2018 | 60.00 | $695.00 |
| 06/01/2023 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $7,645.00 |
| Total paid to creditors this period: | $7,639.44 |
| Undistributed Funds on Hand: | $1,270.46 |
| Arrearages: | $1,390.00 |
| Attorney: | ROBERT N. BRAVERMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**